1014

*In the Matter of the Marriage of* JULIE LE-FEDDEMA,
*Respondent,* and PAUL A. FEDDEMA, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 00-3-00528-5, Diane M. Woolard, J., entered
May 13, 2005. *Affirmed* by unpublished opinion per Van
Deren, J., concurred in by Quinn-Brintnall, C.J., and
Houghton, J.

REBECCA S. DAHLEN ET AL., *Plaintiffs,* THADDEUS J.
ARMSTRONG ET AL., *Respondents,* v. LAURENCE J.
DEE ET AL., *Defendants,* STEPHEN K.
EUGSTER, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 02-2-07843-0, Kathleen M. O'Connor, J.,
entered April 27, 2004. *Reversed* by unpublished opinion
per Quinn-Brintnall, C.J., concurred in by Van Deren and
Penoyar, JJ.

THE STATE OF WASHINGTON, *Appellant,* v. ALVIN CARL WRIGHT,
*Respondent.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 03-1-01851-2, Jerome J. Leveque, J.,
entered January 13, 2005. *Affirmed* by unpublished opinion
per Schultheis, A.C.J., concurred in by Kato, J., and
Thompson, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent,* v. PETER GARDNER,
*Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 02-1-02299-0, Richard J. Thorpe, J.,
entered April 25, 2005. *Affirmed in part* and *remanded* by
unpublished per curiam opinion.